JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)
DOCKET ENTRIES FROM MDL-82 WHICH ARE PERTINENT TO THE SEPARATION OF THESE ACTIONS AND THE ESTABLISHING OF A SEPARATE DOCKET UPON ORDER OF THE PANEL FOR TRANSFER OF ACTIONS TO THE WESTERN DISTRICT OF NORTH CAROLINA.

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/07/13 | 37 | MOTION, BRIEF, SCHEDULE OF ACTIONS (F-1 thru F-32) -- Lex Tex Ltd. -- to transfer actions to S.D. Fla. -- w/Exhibits A-D and cert. of svc. (cds) |
| 83/07/25 | 38 | RESPONSE/BRIEF (to pldg. 37) -- Glen Raven Mills, Mafco Textured Fibers, Inc., Dow-Bidische Co., Spray Textured Yarns, Inc., Burke Mills, Inc., Belmont Throwing Corp. and Hemmerich Industries, Inc. -- w/cert. of svc. (emh) |
| 83/07/25 | | APPEARANCES: James W. Crabtree for Lex Tex Ltd., Inc.; Michael Abel for Texfi Industries, Inc. & Harriet & Henderson Yarns, Inc.; William West for Macfield Texturing, Inc.; George Little for Mills Yarn, Inc.; Raymond L. Robinson for Tricota Corp. & Richland Mills, Inc.; David Klingsberg for Jonathan Logan, Inc.; David Rabin for Belmont Throwing, Inc., Mafco Texturing Fibers, Inc., Burke Mills, Inc., Glen Raven Mills, Inc., Spray Textured Yarns, Inc. and Hemmerich Industries, Inc.; Joseph Smith, Jr. for Suburban Knitting Mills, Inc.; Sydnor Thompson for Comtex Corp.; John Small for Norlina Mills, Inc.; Charles B. Park for Leslie Yarns, Inc., Standard-Coosa-Thatcher Co., Barmag Barmer Maschinenfabrik AG, Sapona Manufacturing Co., Inc., Ti-Caro, Inc. and American Barmag Corp. (emh) |
| 83/07/27 | 39 | JOINT RESPONSE -- Texfi Industries, Inc. & Harriet & Henderson Yarns -- w/cert. of svc. (emh) |
| 83/07/27 | 40 | RESPONSE/BRIEF -- Mills Yarn, Inc. -- w/cert. of svc. (emh) |
| 83/07/29 | 41 | BRIEF -- Norlina Mills w/cert. of svc. (ds) |
| 83/08/01 | 42 | RESPONSE/MEMORANDUM -- Deft. Suburban Knitting Mills, Inc. -- w/cert. of svc. (emh) |
| 83/08/01 | 43 | NOTICE (Re: Changes on pldg. 42) -- Suburban Knitting Mills, Inc. -- w/svc. (emh) |
| 83/08/03 | 44 | RESPONSE/BRIEF -- Defts. Butte Knitting Mills, Leslie Yarns, Inc., Standard-Coosa-Thatcher Co. & Barmag Marmer Maschinenfabrik -- with cert. of svc. (emh) |
| 83/08/04 | | APPEARANCE -- Charles N. Quinn for Textured Yarn Co., Inc. and Roselon Industries, Inc. (emh) |
| 83/08/08 | | REMAND ORDER -- E-2 Lex Tex Ltd., Inc. v. Macfield Texturing, Inc., S.D. Florida, C.A. No. 78-6118 (M.D.N.C., C.A. No. C-78-34-G). Notified involved clerks, judges and counsel. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/08/09 | | AMENDED CERT. OF SVC. (Pldg. 40) -- Mills Yarn (emh) |
| 83/08/10 | 46 | RESPONSE -- defts. Textured Yarn Co., Inc. and Roselon Industries, Inc. w/cert. of svc. (ds) |
| 83/08/10 | 45 | REQUEST TO FILE LATE RESPONSE -- filed by defts Textured Yarn Co., Inc. and Roselon Industries, Inc. Accepted for filing (ds) |
| 83/08/11 | 47 | RESPONSE -- deft. Burlington Industries, Inc. w/exhibits and cert. of svc. (ds) |
| 83/08/15 | | AMENDED CERTIFICATE OF SERVICE (pldg. 46) -- Textured Yarn Co., Inc. (emh) |
| 83/08/25 | | APPEARANCE -- Lewis H. Eslinger, Esq. for Spectrum Fibers, Inc. (ds) |
| 83/08/25 | 48 | RESPONSE -- deft. Spectrum Fibers, Inc. w/exhibit A and cert. of svc. (ds) |
| 83/09/08 | 49 | REPLY -- Lex Tex -- w/cert. of svc. (jsj) |
| 83/09/19 | | APPEARANCE -- Thad G. Long, Esq. for Avondale Mills (jsj) |
| 83/09/26 | 50 | SUPPLEMENTAL REPLY MEMORANDUM -- Lex Tex Ltd., Inc. -- w/cert. of svc. (cds) |
| 83/09/28 | | HEARING ORDER -- Setting motion of Lex Tex, Inc., Ltd. for transfer of F-1 thru F-32 for hearing on November 1, 1983 in Savannah, Georgia. (jsj) |
| 83/10/11 | 51 | SUPPLEMENT TO MOTION (to add F-33 Lex Tex, Inc. v. Spectrum Fibres, M.D. N.C., 83-820-Civ-5 -- Lex Tex, Inc. --w/cert. of svc. (ds) |
| 83/10/26 | | SUPPLEMENT TO MOTION -- (pldg. #37) Lex Tex Ltd., Inc. w/cert. of Svc. (ds) |
| 83/10/28 | | HEARING APPEARANCES -- James W. Crabtree for Lex Tex; Charles B. Park for Standard-Coosa-Thatcher, Sapona Manuf. Co., Butte Knitting Mills, Ti-Caro, Inc., Leslie Yarns, Inc., O'Mara Textured Yarns, Inc., O'Mara Inc., Barmag Barmer Maschinenfabrik & Americ. Barmag Corp. (emh) |
| 83/10/28 | | WAIVERS OF ORAL ARGUMENT -- Dillon Yarn Corp; Glen Raven Mills, Inc., Burke Yarns, Inc., Dan River Inc., Dow-Badische Co., Mafco Textured Fibers, Inc., Comtex Corp., Leesona Corp., Spectrum Fibers, Texfi Industries, Harriet & Henderson Yarns, Tricota Corp., Richland Mills, Mills Yarn, Inc., Avondale Mills, J.P. Stevens & Co., Suburban Knitting Mills, Norlina Mills (emh) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- IN RE YARN PROCESSING PATENT VALIDITY LITIGATION (No. II)

| Date | | Pleading Description |
|---|---|---|
| | | DOCKET ENTRIES ON PAGES 1 AND 2 INCLUDE PERTINENT ENTRIES FROM MDL-82. THE FOLLOWING DOCKET ENTRIES MADE FOLLOWING TRANSFER TO MDL-574. |
| 83/12/02 | | CONSENT OF TRANSFEREE COURT -- assigning actions to the W.D. North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (jsj) |
| 83/12/02 | | TRANSFER ORDER -- transferring A-1 thru A-20 to W.D. North Carolina for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and recipients. (jsj) |
| 83/12/08 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- 9 actions: B-21 thru B-28; and B-30 (listed below) -- Notified involved judges and counsel. (jsj) |

| | | | |
|---|---|---|---|
| B-21 | Lex Tex Ltd., Inc. v. Tricota Corporation | S.D.Fla. Eaton | 83-0591-Civ-JE |
| B-22 | Lex Tex Ltd., Inc. v. Barmag Barmer Maschinefabrik, AG | S.D.Fla. Spellman | 83-0170-Civ-EPS |
| B-23 | Lex Tex Ltd., Inc. v. Serbin Fashions, Inc. | S.D.Fla. Davis | 83-0516-Civ-EBD |
| B-24 | Lex Tex Ltd., Inc. v. Richland Mills | S.D.Fla. Hastings | 83--552-Civ-ALH |
| B-25 | Lex Tex Ltd., Inc. v. American Southern Dyeing & Finishing Corp. | S.D.Fla. King | 83-0688-Civ-JLK |
| B-26 | Lex Tex Ltd., Inc. v. Velnit, Inc. | S.D.Fla. Spellman | 83-0689-Civ-EPS |
| B-27 | Lex Tex Ltd., Inc. v. Niki-Lu Industries, Inc. | S.D.Fla. Davis | 83-0691-Civ-EBD |
| B-28 | Lex Tex Ltd., Inc. v. Kni_trims of Miami, Inc. | S.D.Fla. Spellman | 83-1699-Civ-EPS |
| XYZ-29 | Lex Tex Ltd., Inc. v. Ti-Caro, Inc. | W.D.N.C. McMillan | 83-0394-M |
| B-30 | Lex Tex Ltd., Inc. v. Sapona Manufacturing Co., Inc. | M.D.N.C. Bullock | 83-0612 |

✓

| 83/12/15 | 52 | NOTICE OF OPPOSITION -- B-21 Lex Tex Ltd., Inc. v. Tricota Corp., S.D.Fla., 83-0591-Civ-JE -- filed by Tricota Corp. -- SENT NOTICE TO PASL & involved jdges. (emh) |

JPML FORM 1A

p. 4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/21 | 53 | MOTION/BRIEF -- B-31 Lex Tex Ltd., Inc. v. Barmag Barmer Maschinenfabrik AG, S.D.Fla., 78-6332-Civ-CA (W.D.N.C., C-C-78-21) and B-32 Lex Tex Ltd., Inc. v. American Barmag Corp., S.D.Fla., 78-6333-Civ-CA (W.D.N.C., C-C-78-20) -- filed by Barmag Barmer Maschinenfabrik AG -- w/cert. of svc. (emh) |
| 83/12/21 | 54 | RESPONSE -- (to pldg. 53) -- Lex Tex -- w/cert. of svc. (emh) |
| 83/12/21 | 55 | REPLY -- Barmag Barmer Maschinenfabrik AG -- w/cert. of svc. (emh) |
| 83/12/22 | | AMENDED CERT. OF SERVICE (to pldg. 54) -- Lex Tex (emh) |
| 83/12/27 | 56 | NOTICE OF OPPOSITION -- B-27 Lex Tex Ltd., Inc. v. Niki-Lu Industries, Inc., S.D.Fla., 83-0691-Civ-EBD -- Deft. Niki-Lu Industries, Inc. -- w/svc. (emh) |
| 83/12/27 | 57 | NOTICE OF OPPOSITION -- B-26 Lex Tex Ltd., Inc. v. Velnit, Inc., S.D.Fla., 83-0689-Civ-EPS -- Deft. Velnit, Inc. -- w/svc. (emh) |
| 83/12/27 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-22 Lex Tex Ltd., Inc. v. Barmag Barmer Maschinefabrik, AG, S.D.Fla., 83-0170-Civ-EPS; B-23 Lex Tex Ltd., Inc. v. Serbin Fashions, Inc., S.D.Fla., 83-0516-Civ-EBD; B-28 Lex Tex Ltd., Inc. v. Knitrims of Miami, Inc., S.D.Fla., 83-1699-Civ-EPS -- Notified involved Clerks and Judges. (emh) |
| 83/12/30 | | APPEARANCE -- Charles B. Park & Joell T. Turner for Barmag Barmer Maschinenfabrik AG, American Barmag Corp., Leslie Yarns, Inc., Standard-Coosa-Thatcher Co. and Ti-Caro, Inc. (emh) |
| 83/12/30 | | ORDER -- vacating the following three conditional transfer orders: B-24 Lex Tex Ltd., Inc. v. Richland Mills, S.D.Fla., C.A. No. 83-552-Civ-ALH; B-25 Lex Tex Ltd., Inc. v. American Southern Dyeing & Finishing Corp., S.D.Fla., C.A. No. 83-688-Civ-JLK; and B-30 Lex Tex Ltd., Inc. v. Sapona Manufacturing Co., Inc., M.D.N.C., C.A. No. 83-612 -- Notified involved judges and counsel. (jsj) |
| 84/01/09 | 58 | MOTION/BRIEF TO VACATE CTO -- B-21 Lex Tex Ltd., Inc. v. Tricota Corp., S.D. Fla., C.A. No. 83-0591-CIV-JE -- filed by defendant Tricota Corp. w/cert. of svc. (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/01/13 | 59 | MOTION/BRIEF TO VACATE CTO -- B-26 Lex Tex Ltd., Inc. v. Velnit, Inc., S.D. Fla., C.A. No. 83-0689 -- filed by defts. Velnit, Inc. w/cert. of svc. (ds) |
| 84/01/13 | 60 | MOTION/BRIEF TO VACATE CTO -- B-27 Lex Tex Ltd., Inc. v. Niki-Lu Industries, Inc., S.D. Fla., C.A. No. 83-0691 -- filed by defts. Niki-Lu Industries, Inc. w/cert. of svc. (ds) |
| 84/01/13 | 61 | BRIEF -- (re: pldg. No. 59) -- pltf. Lex Tex, Ltd. w/cert. of svc. (ds) |
| 84/01/13 | 62 | BRIEF -- (re: pldg. No. 60) -- pltf. Lex Tex, Ltd. w/cert. of svc. (ds) |
| 84/01/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-33 Lex Tex Ltd., Inc. v. Carisbrook Ind., Inc., W.D.Va., C.A.#83-0149 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 84/01/19 | | ORDER EXTENDING TIME ON CTO -- B-33 Lex Tex v. Carisbrook, Industries, Inc., W.D.Va., 83-0149 (Service on counsel for deft. was incomplete) pursuant to 28 U.S.C. §1407 -- NOTIFIED counsel and judges involved. (emh) |
| 84/01/25 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- G-473 thru G-482 listed below. Notified Involved clerks and judges. (ds) |
| 84/01/25 | 63 | RESPONSE -- Lex Tex w/cert. of svc. (ds) |
| 84/02/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-33 Lex Tex Ltd., Inc. v. Carisbrook Industries, Inc., W.D.Va., #84-0149(H) -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 84/02/24 | | Hearing Order -- Setting motion of defts. Barmag Barmer Maschinenfabrik AG and American Barmag Corp. to transfer B-31 and B-32 and oppositions of defts. Tricota Corp., Velnit, Inc. and Niki-Lu Industries, Inc. -- in Birmingham, Alabama on March 29, 1984 (emh) |
| 84/03/28 | | WAIVERS OF ORAL ARGUMENT -- all waived (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/10 | | ORDER regarding B-32 Lex Tex Ltd. v. American Barmag Corp., S.D. Fla., 78-6333-Civ-CA (formerly W.D. N.C., C-C-78-20) and B-31 Lex Tex Ltd. v. Barmag Maschinenfabrik AG, S.D. Fla., 78-6332-Civ-CA (formerly W.D. N.C., C-C-78-21) -- Actions are being remanded to W.D. North Carolina (actions were previously in MDL-82) This order states that [W.D.N.C.] court is in the best position to determine whether these actions would benefit from inclusion in MDL-574 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 84/04/10 | | TRANSFER ORDER -- (B-26) Lex Tex Ltd., Inc. v. Velnit, Inc., S.D. Fla., 83-0689-Civ-JE and (B-27) Lex Tex Ltd., Inc. v. Niki-Lu Ind., Inc., S.D. Fla., 83-0691-Civ-EBD -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 84/04/10 | 64 | LETTER -- signed by James W. Crabtree -- with copy of Judge Eaton's March 15, 1984 Order of Dismissal with Prejudice re B-21 (cds) |
| 84/04/10 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (B-21) Lex Tex Ltd., Inc. v. Tricota Corp., S.D. Fla., C.A. No. 83-0591-JE -- NOTIFIED INVOLVED JUDGES CLERKS AND COUNSEL (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 574 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE YARN PROCESSING PATENT VALIDITY LITIGATION (NO. II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 11/01/83 | 12/02/83 | TO | Unpublished | W.D.N.C. [419] | James B. McMillan | |

### Special Transferee Information

DATE CLOSED: July 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lex Tex Ltd., Inc. v. Avondale Mills | N.D.Ala. Hancock | CV-83-H-1155-E | 12/2/83 | 84-0039 | 12/4/85 D | |
| A-2 | Lex Tex Ltd., Inc. v. Texfi Industries, Inc. | M.D.N.C. | C-83-69-G | 12/2/83 | 83-69 | dismissed | |
| A-3 | Lex Tex Ltd., Inc. v. Spray Textured Yarns, Inc. | M.D.N.C. Bullock | C-83-321-G | 12/2/83 | 84-0040 | 12/20/84 D | |
| A-4 | Lex Tex Ltd., Inc. v. Dan River, Inc. | M.D.N.C. Bullock | C-83-408-G | 12/2/83 | 84-0041 | 12/20/84 D | |
| A-5 | Lex Tex Ltd., Inc. v. Quadron Textured Yarn | M.D.N.C. Bullock | C-83-565-G | 12/2/83 | 84-0042 | 6/21/84 D | |
| A-6 | Lex Tex Ltd., Inc. v. Kerilon, Inc. | M.D.N.C. Bullock | C-83-564-D | 12/2/83 | 84-0043 | 6/21/84 D | |
| A-7 | Lex Tex Ltd., Inc. v. Norlina Mills, Inc. | E.D.N.C. Britt | 83-627-Civ-5 | 12/2/83 | 84-0044 | 12/4/84 D | |
| A-8 | Lex Tex Ltd., v. Harriet & Henderson Yarns, Inc. | E.D.N.C. Dupree | 83-717-CW-5 | 12/2/83 | 84-0076 | 2/1/84 D | |
| A-9 | Lex Tex Ltd., Inc. v. Mills Yarns, Inc. | W.D.N.C. Potter | ST-C-83-95 | | | 1/5/85 | |
| A-10 | Lex Tex Ltd., Inc. v. Leslie Yarns, Inc., | W.D.N.C. Potter | ST-C-83-96 | | | 1/5/85 D | |

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Lex Tex Ltd., Inc. v. Burke Mills, Inc. | W.D.N.C. Jones | SH-C-83-165 | | | 11/28/83 | |
| A-12 | Lex Tex Ltd., Inc. v. O'Marva Texturing, Inc. | W.D.N.C. Jones | SH-C-83-171 | | | 12/20/84 D | |
| A-13 | Lex Tex Ltd., Inc. v. Comtex Corp. | W.D.N.C. McMillan | C-C-83-0377-M | | | 12/20/84 D | |
| A-14 | Lex Tex Ltd., Inc. v. Clarence L. Meyers & Co., Inc., et al. | E.D.Pa. Giles | 83-3087 | 12/2/83 | 84-0046 | 6/21/84 D | |
| A-15 | Lex Tex Ltd., Inc. v. Hammerich Ind., Inc. | E.D.Pa. Giles | 83-3115 | 12/2/83 | 84-0047 | 12/20/84 D | |
| A-16 | Lex Tex Ltd., Inc. v. Rovifil, Inc. | Puerto Rico Laffitte | 83-1393 | 12/2/83 | 84-0048 | 6/21/84 D | |
| A-17 | Lex Tex Ltd., Inc. v. Butte Knitting Mills | D.S.C. Anderson | 83-13353 | 12/2/83 | 84-0049 | 12/20/84 D | |
| A-18 | Lex Tex Ltd., Inc. v. Dillon Yarns, | D.S.C. Anderson | 83-13363 | 12/2/83 | 84-0050 | 12/20/84 D | |
| A-19 | Lex Tex Ltd., Inc. v. Standard -Coosa- Thatcher, Inc. | E.D.Tenn. Milburn | 1-83-296 | 12/2/83 | 84-0051 | 12/20/84 D | |
| A-20 | Lex Tex Ltd., Inc. v. Spectrum Fibers Inc. | E.D.N.C. Dupree | 83-0820 Civ 5 | 12/2/83 | 84-0045 | 12/20/84 D | |
| ✓ B-21 | Lex Tex Ltd., Inc. v. Tricota Corporation  2/8/83 opposed  12/15/83 | S.D.Fla. Eaton | 83-0591-Civ -JE | | | Dis/Fla.S. 3/15/84 | 4/10/84 |

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Lex Tex Ltd., Inc. v. Barmag Barmer Maschinefabrik, AG  12/8/83 | S.D.Fla. Spellman | 83-0170-Civ-EPS | DEC 27 1983 | 84-0052 | 12/20/84 D | |
| B-23 | Lex Tex Ltd., Inc. v. Serbin Fashions, Inc.  12/8/83 | S.D.Fla Davis | 83-0516-Civ-EBD | DEC 27 1983 | 84-0053 | dismissed 12/12/83 | |
| B-24 | Lex Tex Ltd., Inc. v. Richland Mills  12/8/83 | S.D.Fla. Hastings | 83-552-Civ-ALH | | | | VACATED 12/30/83 |
| B-25 | Lex Tex Ltd., Inc. v. American Southern Dyeing & Finishing Corp. 12/8/83 | S.D.Fla. King | 83-0688-Civ-JLK | | | | VACATED 12/30/83 |
| ✓B-26 | Lex Tex Ltd., Inc. v. Velnit, Inc.  Opposed 12/27/83   12/8/83 | S.D.Fla. Spellman | 83-0689-Civ-EPS | 4/10/84 | 84-251 | 7/17/84 D | |
| ✓ B-27 | Lex Tex Ltd., Inc. v. Niki-Lu Industries, Inc.  opposed 12/8/83 12/27/83 | S.D.Fla Davis | 83-0691-Civ-EBD | 4/10/84 | 84-250 | 7/17/84 D | |
| B-28 | Lex Tex Ltd., Inc. v. Kni_trims of Miami, Inc.  12/8/83 | S.D.Fla Spellman | 83-1699-Civ-EPS | DEC 27 1983 | 84-0054 | 6/26/84 D | |
| XYZ-29 | Lex Tex Ltd., Inc. v. Ti-Caro, Inc. | W.D.N.C. McMillan | 83-0394-M | | | 12/20/84 D | |
| B-30 | Lex Tex Ltd., Inc. v. Sapona Manufacturing Co., Inc. 12/8/83 | M.D.N.C. Bullock | 83-0612 | | | VACATED 12/30/83 | |
| ✓ B-31 | Lex Tex Ltd., Inc. v. Barmag Barmer Maschinenfabrik AG | S.D.Fla. Atkins | 78-6332-Civ-CA★ | | 78-21 | 2/28/85 D | C-C-78-21 (W.D.N.C.) |
| ✓ B-32 | Lex Tex Ltd., Inc. v. American Barmag Corp. | S.D.Fla. Atkins | 78-6333-Civ-CA★ | | 78-20 | 2/28/85 D | C-C-78-20 (W.D.N.C.) |

★ See order of 4/10/84

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-33 | Lex Tex Ltd., Inc. v. Carisbrook Industries, Inc.   1/16/84 | W.D.Va. Michael | 83-0149(H) | 2/6/84 | 84-0077 | 3/20/84 D | |

July 1984 — 23 TR/6 X 1/2/3 Dis/26 Pdg.
July 1985 — 24 Dis/2 Pdg.
July 1986 — Same/2 Pdg.
July 1987 — Same/2 Pending
July 1988 — 2 Dis/Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

---

LEX TEX LTD., INC.
James W. Crabtree, Esquire
Smathers & Thompson       704-334-9988
2170 Charlotte Plaza
Charlotte, N.C. 28244

COMTEX CORPORATION
Sydnor Thompson, Esquire
1100 Cameron Brown Building
Charlotte, N.C. 28204

MILLS YARN, INC.
George L. Little, Jr., Esquire
Petree, Stockton, Robinson, Vaughn,
  Glaze & Maready
1001 West Fourth Street
Winston-Salem, N.C. 27101

KERILON, INC.
C.T. Corporation  (registered agent)
Waschovia Building
100 Cocoran Street
Durham, N.C.

NORLINA MILLS, INC.
John H. Small, Esquire
Brooks, Pierce, McLendon,
  Humphrey & Leonard
P.O. Drawer U
Greensboro, N.C. 27402

LESLIE YARNS, INC.
STANDARD-COOSA-THATCHER CO.
Charles B. Park, III, Esquire
Bell, Seltzer, Park & Gibson
P.O. Drawer 34009
Charlotte, N.C. 28234

AVONDALE MILLS
Thad G. Long, Esquire
Bradley, Arant, Rose & White
1400 Park Place Tower
Birmingham, Alabama 35203

BURKE MILLS, INC.
SPRAY TEXTURED YARNS, INC.
David Rabin, Esquire
305 North Edgeworth Street
Greensboro, N.C. 27401

QUADRON TEXTURED YARNS, INC.
J.C. Pulliam, Esquire     (registered
823 N. Elm Street          agent)
Greensboro, N.C. 27401

SPECTRUM FIBERS, INC.
Lewis H. Eslinger, Esquire
Eslinger & Pelton
522 Fifth Avenue
New York, New York 10036

ROVIFIL, INC.
Morovis, Puerto Rico

---

TEXFI INDUSTRIES, INC.
HARRIET & HENDERSON YARNS, INC.
Michael R. Abel, Esquire
Smith, Moore, Smith, Schell & Hunter
500 NCNB Building
P.O. Box 21927
Greensboro, N.C. 27420

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 574 --

| | |
|---|---|
| O'MARA TEXTURING CORPORATION<br>Michael R. Bradley, Esquire<br>Brooks, Bradley & Kenney<br>Second & Plum Streets<br>Media, Pennsylvania 19063<br><br>BUTTE KNITTING MILLS<br>Fletcher C. Mann, Esquire<br>Leatherwood, Walker, Todd & Mann<br>P.O. Box 2248<br>Greenville, S. C. 29602<br><br>DILLON YARN CORPORATION<br>Thomas P. Kiley, Esquire<br>Rosenman, Colin, Freund,<br>  Lewis & Cohen<br>575 Madison Avenue<br>New York, New York 10022<br><br>DAN RIVER, INC.<br>Unable to determine counsel<br><br>TRICOTA CORPORATION<br>Raymond L. Robinson, Esq.<br>Goldstein & Tanen<br>One Biscayne Tower, Suite 1980<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br><br>BARMAG BARMER MASCHINEFABRIK, AG<br>Joel T. Turner, Esq.<br>Bell, Seltzer, Park & Gibson<br>(see counsel for Leslie Yarns, etc.)<br><br>SERBIN FASHIONS, INC.<br>William M. Grodnick, Esq.<br>MYERS, KENIN, LEVINSON,<br>  RUFFNER, FRANK & RICHARDS<br>1428 Brickell Ave.<br>Suite 700<br>Miami, Florida 33131<br><br>RICHLAND MILLS<br>Bruce G. Hermelee, Esq.<br>MILLEDGE & HEMERLEE<br>2699 South Bayshore Dr.<br>Miami, Florida 33133 | AMERICAN SOUTHERN DYEING & FINISHING CORP.<br>Bernard Silver, Esq.<br>3550 W. Fairview St.<br>Miami, Florida 33133<br><br>VELNIT, INC.<br>NIKI-LU INDUSTRIES, INC.<br>Andrew C. Hall, Esq.<br>HALL & O'BRIEN, P.A.<br>Suite 200, Brickell Concourse<br>1401 Brickell Ave.<br>Miami, Florida 33131<br><br>KNITRIMS OF MIAMI, INC.<br>Knitrims of Miami, Inc.<br>William Fridovfer<br>1426 Michigan Ave.<br>Miami Beach, Florida 33127<br><br>SAPONA MANUFACTURING CO., INC.<br>Charles B. Park, III, Esq.<br>(Same as counsel for Leslie Yarns)<br><br>CLARENCE L. MYERS & COMPANY<br>Peter F. Rosenthal, Esq.<br>700 Widener Building<br>1339 Chestnut Street<br>Philadelphia, Pennsylvania 19107<br><br>HEMMERICH INDUSTRIES, INC.<br>Socrates J. Georgeadis, Esq.<br>Roda, Stoudt & Bradley<br>519 Walnut Street<br>Box 877<br>Reading, Pennsylvania 19603<br><br>AMERICAN BARMAG CORPORATION<br>Joel T. Turner, Esq.<br>(same as counsel for Barmag Barmer etc...) |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- IN RE YARN PROCESSING PATENT VALIDITY LITIGATION (NO. II)

(Defendants Liaison Counsel Appointed J. McMillan Order filed Apr. 30, 1984)

| | Liaison Counsel for Defendants |
|---|---|
| LEX TEX LTD., INC.<br>James W. Crabtree, Esquire<br>Smathers & Thompson<br>2170 Charlotte Plaza<br>Charlotte, North Carolina  28244<br>704-334-9988 | Charles B. Park, III, Esquire<br>Joell T. Turner, Esquire<br>John J. Barnhardt, III, Esquire<br>Bell, Seltzer, Park & Gibson<br>P.O. Drawer 34009<br>Charlotte, North Carolina  28234 |

JPML Form 4

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

~~CARISBROOK INDUSTRIES, INC.
Charles S. McNulty, III, Esq.
Ritchie and McNulty
306 Virginia National Bank Bldg.
Harrisonburg, VA 22801~~

CARISBROOK INDUSTRIES, INC.
George H. Hempstead, Esquire
100 Wood Avenue S.
Iselin, New Jersey 08830

*[handwritten: Lawrence J. [illegible] & Co. (Plff. A-[?]) unable to determine [illegible] or address]*

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- In re Yarn Processing Patent Validity Litigation (No. II)

| Name of Party | Named as Party in Following Actions |
| --- | --- |
| Avondale Mills | A-1 |
| Texfi Industries, Inc. | A-2 |
| Spray Textured Yarns, Inc. | A-3 |
| Dan River, Inc. | A-4 |
| Quadron Textured Yarns, Inc. | A-5 |
| Kerilon, Inc. | A-6 |
| Norlina Mills, Inc. | A-7 |
| Harriet & Henderson Yarns, Inc. | A-8 |
| Mills Yarn, Inc. | A-9 |
| Leslie Yarns, Inc. | A-10 |
| Burke Mills, Inc. | A-11 |

p. 2

| | |
|---|---|
| O'Mara Texturing Corp. | A-12 |
| O'Mara Inc. | A-12 |
| Comtex Corporation | A-13 |
| Clarence L. Meyers & Co., Inc. | A-14 |
| Meyers Yarn Sales & Co., Inc. | A-14 |
| Hemmerich Industries, Inc. | A-15 |
| Rovifil, Inc. | A-16 |
| Butte Knitting Mills | A-17 |
| Jonathan Logan, Inc. | A-17 |
| Dillon Yarn Corp. | A-18 |
| Standard-Coosa-Thatcher, Co. | A-19 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 574 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Spectrum Fibers, Inc. | A-20 |
| Tricota Corporation | B-21 |
| Barmag Barmer Maschine-Fabrik, AG | B-22, B-31 |
| Serbin Fashions, Inc. | B-23 |
| Richland Mills | B-24 |
| American Southern Dyeing & Finishing Corp. | B-25 |
| Velnit, Inc. | B-26 |
| Niki-Lu Industries, Inc. | B-27 |
| Knittrims of Miami, Inc. | B-28 |
| Ti-Caro, Inc. | ~~B-29~~ XYZ-29 |
| Sapona Manufacturing Co., Inc. | B-30 |

p. _____

| | |
|---|---|
| American Barmag Corp | B-32 |
| Carisbrook Ind., Inc. | B-33 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |